# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Fairway Group Holdings Corp.                                    Bankruptcy Case No.: 20–10161–jlg

Village Super Market, Inc.
Wakefern Food Corp.
VSM NY Holdings LLC
VSM NY Distribution LLC

                                               Plaintiff(s),

–against–                                                                Adversary Proceeding No. 20–01199–jlg

Fairway Broadway LLC
Fairway Bakery LLC
Fairway Douglaston LLC
Fairway Chelsea LLC
Fairway East 86th Street LLC
Fairway Group Holdings Corp.
Fairway Group Acquisition Co.
Fairway Group Central Services LLC
Fairway Kips Bay LLC
Fairway Pelham LLC
Fairway Pelham Wines & Spirits LLC
Fairway Redhook LLC
Fairway Stamford LLC
Fairway Uptown LLC
Fairway Westbury LLC

                                                 Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
|---|
|         **Clerk of the Court**<br>        **United States Bankruptcy Court**<br>        **Southern District of New York**<br>        **One Bowling Green**<br>        **New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
|         **Brian P. Morgan**<br>        **Faegre Drinker Biddle & Reath LLP**<br>        **1177 Avenue of the Americas**<br>        **41st Floor**<br>        **New York, NY 10036** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Courtroom 601 (JLG), One Bowling Green, New York, NY 10004–1408<br><br>Date and Time: 9/17/20 at 11:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 8/3/20

Vito Genna

*Clerk of the Court*

By: /s/  Humberto Cales

*Deputy Clerk*